# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS MARIA GODINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-000789-EPG<br><br>**ORDER REQUIRING PLAINTIFF TO FILL OUT A COMPLETED MOTION TO PROCEED *IN FORMA PAUPERIS* APPLICATION OR PAY THE $400.00 FILING FEE IN FULL**<br><br>(ECF No. 2) |

　　　　Plaintiff filed a complaint challenging a decision by the Commissioner of Social Security that denied Social Security disability benefits. (ECF No. 1.) On June 7, 2016, Plaintiff submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, however, he did not submit a completed form. (ECF No. 2.) Specifically, Plaintiff did not provide a complete answer to question number three, which requires the plaintiff to "describe, on the following page, each source of money and *state the amount received* and what you expect you will continue to receive." (ECF No. 2 (emphasis added).) The Court is not able to consider the application until the form is completed and the requisite information is provided. Therefore, if Plaintiff wishes to proceed *in forma pauperis*, he shall file a completed application no later than **June 17, 2016**. Alternatively, Plaintiff may pay the $400.00 filing fee by that same date.

Accordingly, IT IS HEREBY ORDERED that:

The Clerk shall attach an application to proceed *in forma pauperis* to this Order. No later than **June 17, 2016**, Plaintiff shall submit the attached application fully completed and signed, or in the alternative, pay the $400.00 filing fee.

No requests for extension will be granted without a showing of good cause. Failure to timely comply with this order will result in a recommendation that the application be denied.

IT IS SO ORDERED.

Dated:  **June 10, 2016**                    /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE