ROCKWELL, KELLY, DUARTE & URSTOEGER, LLP
By:  Sharon E. Kelly
State Bar No 187936
P.O. Box 0142
Modesto, CA  95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS MARIA GODINEZ,<br><br>              Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant | Case No.:   1:16-cv-00789-EPG<br><br>STIPULATION AND ORDER TO EXTEND TIME |

   IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, to extend the time by 30 days, to March 4, 2017, for plaintiff to serve plaintiff's letter brief.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly

///

///

///

///

Plaintiff's attorney is attending a California Applicants' Attorney Association convention from January 25 through January 29, 2017 and has a heavy trial workload after returning to the office.  Plaintiff's attorney requests additional time to review the file and prepare the letter brief.

                                                                                 Respectfully submitted,

Dated:  January 25, 2017                           By: */s/ Sharon E. Kelly*
                                                                            Sharon E. Kelly
                                                                                Attorney for Plaintiff

Dated:  January 25, 2017                           Phillip A. Talbert
                                                                            United States Attorney

                                                                                By: */s/ Donna Wade Anderson*
                                                                                (As authorized via email)
                                                                                Donna Wade Anderson
                                                                                Attorney for Defendant

**ORDER**

For the reasons stated in the stipulation, the Court finds good cause to extend the date for Plaintiff to serve the opening brief to March 4, 2017.  The Court's Scheduling Order is modified accordingly.

IT IS SO ORDERED.

Dated:   **January 26, 2017**              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE