ROCKWELL, KELLY, DUARTE & URSTOEGER, LLP
By:  Sharon E. Kelly
State Bar No 187936
P.O. Box 0142
Modesto, CA  95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS MARIA GODINEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.:   1:16-cv-00789-EPG<br><br>STIPULATION AND PROPOSED ORDER FOR DISMISSAL |

　　　TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

　　　Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

　　　IT IS HEREBY STIPULATED by and between Maria Marcos Godinez ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social Security ("Defendant"), that this

1  matter be dismissed with prejudice, each party to bear its own fees, costs and expenses. The
2  parties enter into this Stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and
3  41(a)(1)(B).

4  Dated: March 6, 2017         Respectfully submitted,

                                By: */s/ Sharon E. Kelly*
                                Sharon E. Kelly
                                Attorney for Plaintiff

7  Dated: March 6, 2017         Phillip A. Talbert
                                United States Attorney

                                By: */s/ Donna Wade Anderson*
                                (Per e-mail authorization)
                                Donna Wade Anderson
                                Special Assistant United States Attorney

-3-

**ORDER**

On March 6, 2017, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 16.) All parties have agreed to the stipulation. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **March 6, 2017**                    /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE